PHILIP A. DECKER, Appellant, v. ANDREW MORTON,
Respondent.

Decker v. Morton, 31 App. Div. 469, appeal dismissed.
(Argued June 19, 1899; decided June 23, 1899.)

MOTION to dismiss an appeal from a judgment of the Appel-
late Division of the Supreme Court in the second judicial
department, entered June 23, 1898, affirming a judgment in
favor of defendant entered upon a verdict, and an order deny-
ing a motion for a new trial.

The motion was made upon the grounds that the appellant
had failed to file a return or serve a case, and that a year had
elapsed since the appeal was taken.

T. J. Molloy for motion.

Sol. A. Hyman opposed.

Motion granted and appeal dismissed, with costs.

---

THE CITY OF YONKERS, Respondent, v. THE NEW YORK CEN-
TRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

Reported below, 32 App. Div. 474.
(Submitted June 19, 1899; decided June 23, 1899.)

MOTION to prefer an appeal from a judgment of the Appel-
late Division of the Supreme Court in the second judicial
department in favor of plaintiff, entered October 18, 1898,
upon a submission of a controversy under section 1279, Code
of Civil Procedure.

The motion was made upon the ground that the questions
involved are of public importance and the appeal should be
speedily heard.

Frank Loomis for motion.

No one opposed.

Motion denied, without costs.